QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
David Eiseman (Cal. Bar No. 114758)
Albert P. Bedecarre (Cal. Bar No. 148178)
Helen E. Dutton (Cal. Bar No. 235558)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile    (415) 875-6700
davideiseman@quinnemanuel.com
albedecarre@quinnemanuel.com
helendutton@quinnemanuel.com

Attorneys for Plaintiff
SILICONIX INCORPORATED

Pursuant to Civil Local Rule 3.4(a)(1), Counsel for all Defendants in all related cases are identified on the signature page.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>Defendants; | Case No. C 04-00344 WHA<br>Case No. C 05-01507 WHA<br>Case No. C 05-03617 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DECEMBER 1, 2005 CASE MANAGEMENT CONFERENCE TO DECEMBER 15, 2005**<br><br>The Honorable William H. Alsup |
| AND RELATED COUNTER-CLAIMS; | |
| AND RELATED CASES. | |

1    WHEREAS, the Court has related the actions identified in the caption of this Stipulation and, on October 24, 2005, scheduled a Case Management Conference in the above-captioned actions for December 1, 2005 at 11:00 a.m.;

4    WHEREAS lead trial counsel for DENSO and TD SCAN in Case No. C 05-01507 WHA, William Streff and Paul Streadman, will be in trial in the United States District Court for the Central District of Illinois during the week of December 1, 2005, and Brent Caslin, further counsel for DENSO and TD SCAN, is scheduled to be out of the country on December 1, 2005;

8    WHEREAS, counsel for DENSO and TD SCAN, Mr. Streff, Mr. Steadman, and/or Mr. Caslin, will be available to attend a Case Management Conference on December 15, 2005;

10   WHEREAS Chris Scott Graham, lead trial counsel for Defendant Advanced Analogic Technologies, Inc. ("AATI") in Case No. C 04-00344 WHA has agreed to reschedule the Case Management Conference to December 15; and

13   WHEREAS Jack Lever and Peter Chen, lead trial counsel for Defendants Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America (collectively, "Panasonic") in Case No. 05-03617 WHA has agreed to reschedule the Case Management Conference to December 15; and

17   WHEREAS David Eiseman, lead trial counsel for Plaintiff Siliconix incorporated ("Siliconix") in all three related actions has agreed to reschedule the Case Management Conference to December 15.

20   Accordingly, IT IS HEREBY STIPULATED by and between Siliconix, DENSO, TD SCAN, AATI and Panasonic, through their respective counsel, as follows:

22   1.    The Case Management Conference in the above-captioned matters currently set for December 1, 2005 at 11:00 a.m. is, subject to Court approval, continued to December 15, 2005 at 11:00 a.m;

25   2.    The Joint Case Management Statement is due fourteen days prior to the Case Management Conference, on December 1, 2005.

27   //

| | | |
|---|---|---|
| 1 | Dated: November 1, 2005 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | |
| 4 | | BY_____/s/ David Eiseman_____ |
| 5 | | Attorneys for Plaintiff SILICONIX INCORPORATED |
| 6 | | |
| 7 | Dated: November 1, 2005 | KIRKLAND & ELLIS LLP |
| 8 | | |
| 9 | | BY:_____/s/ Brent Caslin_____ |
| 10 | | Attorneys for Defendants DENSO CORPORATION and TD SCAN (U.S.A.) INC. |
| 11 | | |
| 12 | Dated: November 1, 2005 | DECHERT LLP |
| 13 | | BY:_____/s/ Chris Scott Graham_____ |
| 14 | | Attorneys for Defendant Advanced Analogic Technologies, Inc. |
| 15 | | |
| 16 | Dated: November 1, 2005 | MCDERMOTT WILL & EMERY |
| 17 | | |
| 18 | | BY:_____/s/ Peter P. Chen_____ |
| 19 | | Attorneys for Defendants Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America |
| 20 | | |

DEFENSE COUNSEL:

DECHERT LLP
Chris Scott Graham (Cal. Bar No. 114498)
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 813-4860
Facsimile  (650) 813-4848
chris.scott.graham@dechert.com

Attorneys for Defendant
ADVANCED ANALOGIC TECHNOLOGIES, INC.

| | |
|---|---|
| 1 | MCDERMOTT WILL & EMERY LLP |
| | Jack Q. Lever (*pro hac vice pending*) |
| 2 | Peter P. Chen (Cal. Bar No. 111426) |
| | Bijal V. Vakil (Cal. Bar No. 192878) |
| 3 | Shamita D. Etienne (Cal. Bar No. 202090) |
| | 3250 Porter Drive |
| 4 | Palo Alto, California  94304 |
| | Telephone:  (650) 813-5088 |
| 5 | Facsimile   (659) 813-5100 |
| | pchen@mwe.com |
| 6 | |
| | Attorneys for Defendants |
| 7 | MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD and |
| | PANASONIC CORPORATION OF NORTH AMERICA |
| 8 | |

| | | |
|---|---|---|
| 9 | KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |
| | Brent Caslin (Cal. Bar No. 198682) | William A. Streff, Jr. (Ill. Bar No. 2753979) |
| 10 | Emily Terrell (Cal. Bar No. 234353) | Paul R. Steadman (*pro hac vice*) |
| | 777 South Figueroa Street, Floor 37 | Tomoko Itogo (Cal. Bar No. 207097) |
| 11 | Los Angeles, California  90017 | 200 East Randolph Drive |
| | Telephone: (213) 680-8400 | Chicago, Illinois 60601-6636 |
| 12 | Facsimile: (213) 680-8500 | Telephone: (312) 861-2000 |
| | bcaslin@kirkland.com | Facsimile: (312) 861-2200 |
| 13 | eterrell@kirkland.com | wstreff@kirkland.com |
| | | psteadman@kirkland.com |
| 14 | | titoga@kirkland.com |

15  Attorneys for Defendants
    DENSO CORPORATION and TD SCAN (U.S.A.), INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference for all three related actions identified in the caption of this Stipulation and Proposed Order is continued to 11:00 a.m. on December 15, 2005. The Joint Case Management Statement is due on December 1, 2005.

Dated: November  2 , 2005

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*