IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SILICONIX INCORPORATED, a Delaware corporation,

    Plaintiff,

v.

ADVANCED ANALOGIC TECHNOLOGIES, INCORPORATED, a California corporation,

    Defendant.

No. C 04-00344 WHA

**ORDER TO SHOW CAUSE**

To avoid unduly burdensome duplication of labor and expense, the Court would like to coordinate the claim construction schedules for Civil Action Nos. C 04-00344, C 05-01507 and C 05-03617.  As part of the joint case management statement due on **DECEMBER 1, 2005**, the parties are **ORDERED TO SHOW CAUSE** why the stay in this action should not be lifted, at least with respect to United States Patent No. 5,034,785.

**IT IS SO ORDERED.**

Dated: November 15, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE